# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Angela M. Fasciana          BK NO. 22-01974 HWV

                 Debtor(s)

                                         Chapter 7

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

                                        Respectfully submitted,

                                        /s/ Michael Farrington

                                        Michael Farrington
                                        30 Nov 2023, 16:59:37, EST

                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106
                                        215-627-1322