United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-01974-HWV |
| Angela M. Fasciana | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Nov 29, 2023 | Form ID: ntsempas | Total Noticed: 9 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| 5500865 | Discover Card, PO Box 742655, Cincinnati, OH 45274-2655 |
| 5500862 | Fasciana Angela M, 125 Constitution Ave, Jessup, PA 18434-1239 |
| 5500863 | Law Office of Brian E Manning, 502 S Blakely St, Dunmore, PA 18512-2237 |
| 5500868 | Leopold & Associates, PLLC, 80 Business Park Dr Ste 110, Armonk, NY 10504-1704 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5500866 | Email/Text: mrdiscen@discover.com | Nov 29 2023 18:42:00 | Discover Financial, PO Box 3025, New Albany, OH 43054-3025 |
| 5500867 | Email/Text: collecadminbankruptcy@fnni.com | Nov 29 2023 18:42:00 | First National Bank Omaha, PO Box 2557, Omaha, NE 68103-2557 |
| 5500864 | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 29 2023 18:55:42 | Chase Card Services, PO Box 17230, Wilmington, DE 19850-7230 |
| 5500869 | Email/Text: Bankruptcy.Notices@pnc.com | Nov 29 2023 18:42:00 | PNC Bank, PO Box 1820, Dayton, OH 45401-1820 |
| 5500870 | Email/Text: Bankruptcy.Notices@pnc.com | Nov 29 2023 18:42:00 | PNC Bank, NA, PO Box 5570, Cleveland, OH 44101-0570 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2023         Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2023 at the address(es) listed below:

**Name** | **Email Address**

Eugene J. Doud

on behalf of Debtor 1 Angela M. Fasciana ejdoud@aol.com

Jill E. Durkin

jilldurkinesq@gmail.com PA92@ecfcbis.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 3

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re:<br><br>  Angela M. Fasciana<br><br>      **Debtor 1**<br><br>**Debtor(s)** | Chapter: 7<br><br>Case number: 5:22−bk−01974−HWV<br><br>Document Number: 29<br><br>Matter: Debtor's Motion to Convert Case to Chapter 13 |

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on October 13, 2022.

A hearing on the above referenced matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102** | Date: 12/19/23<br><br>Time: 09:30 AM |

Any objection/response to the above referenced matter must be filed and served on or before **December 13, 2023**.

If service was properly made and Respondent(s) fail to file an objection/response by the above specified date, the Court **may** determine after review of the Motion that no hearing is required and grant the relief requested.

If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the above date and time.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KarenDavis, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 29, 2023 |

ntsempas(05/18)