United States Bankruptcy Court
Middle District of Pennsylvania

In re:             Case No. 22-01974-HWV
Angela M. Fasciana             Chapter 13
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 1
Date Rcvd: Dec 19, 2023      Form ID: pdf010      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Angela M. Fasciana, 125 Constitution Ave, Jessup, PA 18434-1239 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2023      Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eugene J. Doud | on behalf of Debtor 1 Angela M. Fasciana ejdoud@aol.com |
| Jill E. Durkin | jilldurkinesq@gmail.com PA92@ecfcbis.com |
| Michael Patrick Farrington | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:
Angela M. Fasciana,
    Debtor

Movant,
Angela M. Fasciana,
    Debtor

Case No:    5-22-bk-01974-HWV
Chapter 7

Re:  Motion to Convert to Chapter 13 Proceeding

## ORDER

Upon review of Debtor/Movant's Motion to Convert to Chapter 13 Proceeding it is hereby:

ORDERED that the Debtor/Movant's Motion to Convert to Chapter 13 proceeding is hereby granted.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: December 19, 2023