United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 22-01974-HWV

Angela M. Fasciana  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2
Date Rcvd: Jan 19, 2024      Form ID: ntnew341      Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Angela M. Fasciana, 125 Constitution Ave, Jessup, PA 18434-1239 |
| aty | Christine Kinderdine, 3232 Newmark Drive, Springboro, OH 45066 |
| 5500865 | Discover Card, PO Box 742655, Cincinnati, OH 45274-2655 |
| 5500862 | Fasciana Angela M, 125 Constitution Ave, Jessup, PA 18434-1239 |
| 5500863 | Law Office of Brian E Manning, 502 S Blakely St, Dunmore, PA 18512-2237 |
| 5500868 | Leopold & Associates, PLLC, 80 Business Park Dr Ste 110, Armonk, NY 10504-1704 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5585551 | Email/Text: mrdiscen@discover.com | Jan 19 2024 18:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5500866 | Email/Text: mrdiscen@discover.com | Jan 19 2024 18:43:00 | Discover Financial, PO Box 3025, New Albany, OH 43054-3025 |
| 5500867 | Email/Text: collecadminbankruptcy@fnni.com | Jan 19 2024 18:43:00 | First National Bank Omaha, PO Box 2557, Omaha, NE 68103-2557 |
| 5500864 | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 19 2024 18:46:47 | Chase Card Services, PO Box 17230, Wilmington, DE 19850-7230 |
| 5590065 | + Email/Text: RASEBN@raslg.com | Jan 19 2024 18:43:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5500869 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 19 2024 18:43:00 | PNC Bank, PO Box 1820, Dayton, OH 45401-1820 |
| 5500870 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 19 2024 18:43:00 | PNC Bank, NA, PO Box 5570, Cleveland, OH 44101-0570 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2024      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eugene J. Doud | on behalf of Debtor 1 Angela M. Fasciana ejdoud@aol.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Angela M. Fasciana,<br>**Debtor 1** | Chapter 13<br><br>Case No. 5:22−bk−01974−HWV |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Date: February 12, 2024<br><br>Time: 08:30 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KarenDavis, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 19, 2024 |

ntnew341 (09/23)