IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Chapter 13 |
| ANGEL M. FASCIANA, | : | |
| | : | Case No. 5-22-bk-01974-HWV |
| Debtor | : | |
| | : | |

**JOINDER OF FORMER CHAPTER 7 TRUSTEE IN CHAPTER 13 TRUSTEE'S MOTION TO CONVERT TO CHAPTER 7**

**AND NOW**, comes Jill E. Durkin, Chapter 7 Trustee who joins in the Chapter 13 Trustee's Motion to Convert case to Chapter 7 in accordance with 11 U.S.C. Sec 1307(c).

Respectfully submitted,

Dated: February 9, 2024

/s/ Jill E. Durkin
Jill E. Durkin, Esquire
Supreme Court ID: 88640
401 Marshbrook Road
Factoryville, PA 18419
570-881-4158
jilldurkinesq@gmail.com