United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-01974-HWV |
| Angela M. Fasciana | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-5  User: AutoDocke  Page 1 of 2
Date Rcvd: Feb 07, 2024  Form ID: ortext  Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol   Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Angela M. Fasciana, 125 Constitution Ave, Jessup, PA 18434-1239 |
| aty | Christine Kinderdine, 3232 Newmark Drive, Springboro, OH 45066 |
| 5500865 | Discover Card, PO Box 742655, Cincinnati, OH 45274-2655 |
| 5500862 | Fasciana Angela M, 125 Constitution Ave, Jessup, PA 18434-1239 |
| 5500863 | Law Office of Brian E Manning, 502 S Blakely St, Dunmore, PA 18512-2237 |
| 5500868 | Leopold & Associates, PLLC, 80 Business Park Dr Ste 110, Armonk, NY 10504-1704 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5585551 | Email/Text: mrdiscen@discover.com | Feb 07 2024 18:46:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5500866 | Email/Text: mrdiscen@discover.com | Feb 07 2024 18:46:00 | Discover Financial, PO Box 3025, New Albany, OH 43054-3025 |
| 5500867 | Email/Text: collecadminbankruptcy@fnni.com | Feb 07 2024 18:46:00 | First National Bank Omaha, PO Box 2557, Omaha, NE 68103-2557 |
| 5500864 | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 07 2024 18:51:35 | Chase Card Services, PO Box 17230, Wilmington, DE 19850-7230 |
| 5590065 | + Email/Text: RASEBN@raslg.com | Feb 07 2024 18:46:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5500869 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 07 2024 18:46:00 | PNC Bank, PO Box 1820, Dayton, OH 45401-1820 |
| 5500870 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 07 2024 18:46:00 | PNC Bank, NA, PO Box 5570, Cleveland, OH 44101-0570 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Eugene J. Doud | on behalf of Debtor 1 Angela M. Fasciana ejdoud@aol.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Angela M. Fasciana

**Debtor 1**

Chapter: 13

Case number: 5:22−bk−01974−HWV

## ORDER

Upon consideration of the Motion to Defer Fee filed by the Trustee, it is Ordered that the Motion is Granted. IT IS SO ORDERED on 2/7/2024. /s/Henry W. Van Eck (RE: related document(s)[51]). (Rothermel, Sarah)

Order Text Entries (Form ortext) (2/19)