UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ANGELA M. FASCIANA<br>Debtor | : CHAPTER 13<br>: |
| JACK N. ZAPHAROPULOS<br>STANDING CHAPTER 13 TRUSTEE<br>Movant | :<br>:<br>:<br>: |
| vs. | :<br>: |
| | : CASE NO. 5-22-bk-01974-HWV<br>: |
| ANGELA M. FASCIANA<br>Respondent | : TRUSTEE'S ANSWER TO<br>: ANSWER AND NEW MATTER |

## ORDER

AND NOW, at Wilkes Barre, Pennsylvania, in said district, upon consideration of the Trustee's Answer to Debtor's Answer and New Matter,

IT IS HEREBY ORDERED that the above-referenced case is converted back to Chapter 7 so that the Trustee can complete her administration of the case for the benefit of creditors.