In re:                                                             Case No. 22-01974-HWV
Angela M. Fasciana                               Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                         User: AutoDocke                         Page 1 of 2
Date Rcvd: Feb 28, 2024                     Form ID: pdf010                      Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^         Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Angela M. Fasciana, 125 Constitution Ave, Jessup, PA 18434-1239 |
| aty | Christine Kinderdine, 3232 Newmark Drive, Springboro, OH 45066 |
| 5500865 | Discover Card, PO Box 742655, Cincinnati, OH 45274-2655 |
| 5500862 | Fasciana Angela M, 125 Constitution Ave, Jessup, PA 18434-1239 |
| 5500863 | Law Office of Brian E Manning, 502 S Blakely St, Dunmore, PA 18512-2237 |
| 5500868 | Leopold & Associates, PLLC, 80 Business Park Dr Ste 110, Armonk, NY 10504-1704 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5585551 | Email/Text: mrdiscen@discover.com | Feb 28 2024 18:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5500866 | Email/Text: mrdiscen@discover.com | Feb 28 2024 18:48:00 | Discover Financial, PO Box 3025, New Albany, OH 43054-3025 |
| 5500867 | Email/Text: collecadminbankruptcy@fnni.com | Feb 28 2024 18:48:00 | First National Bank Omaha, PO Box 2557, Omaha, NE 68103-2557 |
| 5598319 | ^ MEBN | Feb 28 2024 18:44:02 | First National Bank of Omaha, c/o BQ & Associates, PC, LLO, 14211 Arbor Street, Suite 100, Omaha, NE 68144-2312 |
| 5500864 | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 28 2024 18:53:26 | Chase Card Services, PO Box 17230, Wilmington, DE 19850-7230 |
| 5590065 | + Email/Text: RASEBN@raslg.com | Feb 28 2024 18:48:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5500869 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 28 2024 18:48:00 | PNC Bank, PO Box 1820, Dayton, OH 45401-1820 |
| 5598392 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 28 2024 18:48:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 5500870 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 28 2024 18:48:00 | PNC Bank, NA, PO Box 5570, Cleveland, OH 44101-0570 |
| 5595923 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 28 2024 18:48:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| District/off: 0314-5 | User: AutoDocke | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 28, 2024 | Form ID: pdf010 | Total Noticed: 16 |

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2024           Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eugene J. Doud | on behalf of Debtor 1 Angela M. Fasciana ejdoud@aol.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | |
|---|---|
| Angela M. Fasciana, | Case No: 5:22-bk-01974-HWV |
|     Debtor | Chapter: 13 |
| Angela M. Fasciana, | |
|     Movant | |

### ORDER

Upon consideration of Debtor/Movant's Motion to Dismiss Chapter 13 Case, Doc. 52, and the hearing held on February 28, 2024, for the reasons stated on the record, it is

**ORDERED** that the Debtor/Movant's Motion to Dismiss Chapter 13 Case is **GRANTED** and the above-captioned case is dismissed.

By the Court,

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: February 28, 2024